IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00119-WDM- BNB | Date: July 14, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

SENTRY INSURANCE A MUTUAL COMPANY,        Robert Zupkus

        Plaintiff(s),

v.

ST. CLAIRE'S ORGANICS, INC.,        Michael Rosenberg

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    10:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion for reconsideration of Magistrate's scheduling order [doc# 30; filed 6/24/11] is taken under advisement.

**ORDERED:** Motion for protective order [doc. #31; filed 6/24/11] is taken under advisement.

**ORDERED:** Motion for extension of time to amend complaint [doc. #32; filed 6/24/11] is taken under advisement.

**ORDERED:** Unopposed motion to amend the scheduling order to extend deadline for joinder of parties and amendment of pleadings [doc. #35; filed 6/30/11] is taken under advisement.

Court in Recess:    10:56 a.m.    Hearing concluded.    Total time in Court: 00:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.