# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 11-cv-00119-REB-BNB

SENTRY INSURANCE A MUTUAL COMPANY,

    Plaintiff,

v.

ST. CLAIRE'S ORGANICS, INC.,

    Defendant.

## MINUTE ORDER[1]

    The matter before the court is defendant's **Withdrawal of Defendant's Motion To Dismiss** [#44][2] filed August 19, 2011.  The court has construed this as a request to withdraw **St. Claire's Combined Motion To Dismiss or in The Alternative Stay Proceedings and Brief in Support** [#11] filed April 11, 2011.  After reviewing the pleading and the file, the court has concluded that the request should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That defendant's **Withdrawal of Defendant's Motion To Dismiss** [#44] filed August 19, 2011, construed as a request to withdraw the motion to dismiss is **GRANTED**; and

    2.  That **St. Claire's Combined Motion To Dismiss or in The Alternative Stay Proceedings and Brief in Support** [#11] filed April 11, 2011, is **WITHDRAWN**.

    Dated:  August 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.