IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00119-REB-BNB

SENTRY INSURANCE A MUTUAL COMPANY,

Plaintiff,

v.

ST. CLAIRE'S ORGANICS, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)   **Joint Motion for an Order Granting Motion to Reconsider Scheduling Order** [Doc. # 46, filed 8/25/2011] (the "Motion to Extend Schedule");

(2)   Plaintiff's **Motion for Reconsideration of Magistrate's Scheduling Order** [Doc. # 30, filed 6/24/2011] (the "Motion to Reconsider");

(3)   Plaintiff's **Motion for Protective Order** [Doc. # 31, filed 6/24/2011];

(4)   Plaintiff's **Motion for Extension of Time to Amend Complaint** [Doc. # 32, filed 6/24/2011] (the "Motion re Amendment"); and

(5)   Defendant's **Unopposed Motion to Amend Scheduling Order to Extend Deadline for Joinder of Parties and Amendment of Pleadings** [Doc. # 35, filed 6/30/2011] (the "Motion re Joinder").

This case initially was assigned to Judge Walker D. Miller. It was reassigned to Judge Robert E. Blackburn [Doc. # 41] on August 2, 2011. Judge Blackburn set the case for trial

commencing April 16, 2012. Trial Preparation Conference Order [Doc. # 43, filed 8/10/2011].

It appears that the relief requested by the Motion to Extend Schedule [Doc. # 46] subsumes the relief sought in the other pending motions.

IT IS ORDERED:

(1)   The Motion to Extend Schedule [Doc. # 46] is GRANTED, and the case schedule is modified to the following extent:

   (a)   Deadline to complete Rule 26(a)(1) disclosures:  September 13, 2011;

   (b)   Deadline for joinder of parties and amendment of pleadings:  September 13, 2011;

   (c)   Expert Disclosures:

      (i)  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 28, 2011;

      (ii)  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 30, 2011;

   (d)   Discovery Cut-Off:  December 30, 2011 (All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off); and

   (e)   Dispositive Motions Deadline:  December 30, 2011.

(2)   The Motion to Reconsider [Doc. # 30] is DENIED as moot;

(3)   The Motion for Protective Order [Doc. # 31] is DENIED as moot;

(4)   The Motion re Amendment [Doc. # 32] is DENIED as moot; and

(5)	The Motion re Joinder [Doc. # 35] is DENIED as moot.

Dated August 29, 2011.

                                              BY THE COURT:

                                               s/ Boyd N. Boland
                                              United States Magistrate Judge