IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00119-REB-BNB

SENTRY INSURANCE A MUTUAL COMPANY,

Plaintiff,

v.

ST. CLAIRE'S ORGANICS, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Unopposed Motion for Leave to Amend Sentry's Complaint for Declaratory Judgment and Other Relief** [Doc. # 66, filed 12/14/2011] is GRANTED.  The Clerk of the Court is directed to accept for filing the Amended Complaint for Declaratory Judgment [Doc. # 66-2].

DATED:  December 21, 2011