IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00119-REB-BNB

SENTRY INSURANCE A MUTUAL COMPANY,

Plaintiff,

v.

ST. CLAIRE'S ORGANICS, INC.,

Defendant.

---

**ORDER**

---

This matter arises on the plaintiff's **Motion for Sanctions, Motion to Compel Discovery Responses, and Alternative Motion for Extension of Time** [Doc. # 68, filed 12/15/2011] (the "Motion").  I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the defendant to produce the following documents and materials:

(a)     All income statements, tax returns, payroll records (including Forms 940 and 941), monthly inventory records (for both finished products and raw materials), sales tax reports, purchase and sale records, and any audited or unaudited financial statements, prepared or referencing business activity for the four years preceding the date of loss through the present;

(b)      Defendant's QuickBooks database in native format for examination by the plaintiff; and

(c)      All documents reviewed, used, and/or relied on by the defendant's forensic accountant to prepare the defendant's tax returns for 2009 and 2010 and to recreate profit and loss statements and other financial information;

• GRANTED to reopen discovery to allow the plaintiff to depose the defendant's forensic accountant and to complete the deposition of Ms. St. Claire;

• GRANTED to extend the deadline by which the plaintiff shall designate its rebuttal expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2); and

• DENIED in all other respects.

(2)      The final pretrial conference set for February 28, 2012, at 8:30 a.m., is VACATED and RESET to **March 9, 2012, at 4:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **March 5, 2012**.

(3)      On or before January 11, 2012, the parties shall submit an agreed schedule for the completion of the following events:

• Completion of the production of documents required by this order;

• Completion of the depositions of defendant's forensic accountant and Ms. St. Claire; and

• Designation by the plaintiff of its rebuttal expert and disclosure of all information specified in Fed. R. Civ. P. 26(a)(2).

Dated January 6, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge