IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00119-REB-BNB

SENTRY INSURANCE A MUTUAL COMPANY,

Plaintiff,

v.

ST. CLAIRE'S ORGANICS, INC.,

Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed at the final pretrial conference,

IT IS ORDERED:

(1)   A supplemental final pretrial conference is set for **March 21, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(2)   The parties shall submit on or before **March 19, 2012**, a revised proposed final pretrial order, modified as discussed this afternoon.

Dated March 9, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge