IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  11-cv-00119-REB-BNB

SENTRY INSURANCE A MUTUAL COMPANY,

      Plaintiff,

v.

ST. CLAIRE'S ORGANICS, INC.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Stipulation for Dismissal with Prejudice** [#108] filed December 10, 2012.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Dismissal with Prejudice** [#108] filed December 10, 2012, is **APPROVED**;

      2.  That the Trial Preparation Conference set for March 15, 2013, is **VACATED**;

      3.  That the jury trial set to commence April 1, 2013, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated December 11, 2012, at Denver, Colorado.

**BY THE COURT**:

Robert E. Blackburn
United States District Judge